United States Courts
Southern District of Texas
FILED

*August 16, 2023*

Nathan Ochsner, Clerk of Court

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. <u>**4:23-cr-00358**</u> |
| v. | |
| DERRICK DEWAYNE BUTLER, a/k/a "Kuththroat," | |
| TRAVON MAXWELL, a/k/a "Goonie," | <u>INDICTMENT</u> |
| EMMANUEL WINNFIELD, a/k/a "Pimp," | 18 U.S.C. § 1951<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(ii) |
| HERMAN MITCHELL, a/k/a "Boobie," | 21 U.S.C. § 846<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 2 |
| SAMUEL LAMONTE DRAPER, | |
| JEREMY JAMES JENKINS, and | |
| FNU LNU, a/k/a "Defendant #7", | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
<u>Title 18, United States Code, Section 1951(a)</u>
<u>Conspiracy to Interfere with Commerce by Robbery</u>

At all times material to this Indictment, the parking lot at 16019 Clay Road, Houston, Texas, was a location at which 5 kilograms or more of cocaine and its transportation to that location affected and would affect interstate commerce.

On or about July 27, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kuththroat,"**

**TRAVON MAXWELL, a/k/a "Goonie,"**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

**SAMUEL LAMONTE DRAPER,**

**JEREMY JAMES JENKINS,** and

**FNU LNU, a/k/a "Defendant #7,"**

did knowingly and willfully conspire and agree together and with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of any articles and commodities in commerce by means of a robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully conspire to take and obtain property, namely, 122 kilograms of cocaine, by means of actual and threatened force, violence and fear of injury to those in possession of those items.

**In violation of Title 18, United States Code, Section 1951(a).**

**COUNT TWO**
**Title 21, United States Code, Section 846**
**Conspiracy to Possess with the Intent to Distribute a Controlled Substance**

On or about July 27, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kuththroat,"**

**TRAVON MAXWELL, a/k/a "Goonie,"**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

**SAMUEL LAMONTE DRAPER,**

**JEREMY JAMES JENKINS,** and

**FNU LNU, a/k/a "Defendant #7,"**

did knowingly and intentionally combine, conspire, confederate, and agree together with each other, and with persons known and unknown to the Grand Jury, to possess with the intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT THREE
### Title 21, United States Code, Section 846
### Title 18, United States Code, Section 2
### Attempt to Possess with the Intent to Distribute a Controlled Substance

On or about July 27, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kuththroat,"**

**TRAVON MAXWELL, a/k/a "Goonie,"**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

**SAMUEL LAMONTE DRAPER,**

**JEREMY JAMES JENKINS,** and

**FNU LNU, a/k/a "Defendant #7,"**

while aiding and abetting each other**,** did knowingly and intentionally attempt to possess with the intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount

of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.**

### COUNT FOUR
### Title 18, United States Code, Sections 924(c)(1)(A) and 2
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

On or about July 27, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kuththroat,"**

**TRAVON MAXWELL, a/k/a "Goonie,"**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

**SAMUEL LAMONTE DRAPER,**

**JEREMY JAMES JENKINS,** and

**FNU LNU, a/k/a "Defendant #7,"**

while aiding and abetting each other as well as others known and unknown to the Grand Jury, did knowingly use and carry at least one firearm during and in relation to a drug trafficking crime for which each may be prosecuted in a court of the United States, namely, knowingly and intentionally conspiring and attempting to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Counts Two and Count Three of this indictment; and in so doing did brandish said firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.**

A TRUE BILL

Original Signature on File
GRAND JURY FOREPERSON

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

KELLY ZENON-MATOS
Assistant United States Attorney

DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice

SHEILA G. LAFFERTY
RALPH PARADISO
Trial Attorneys
United States Department of Justice
Organized Crime and Gang Section